IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ZANNOS G. GREKOS, M. D.,

     Appellant,

v.

DEPARTMENT OF HEALTH,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-2793

Opinion filed December 23, 2014.

An appeal from an order of the Board of Medicine.
Zachariah P. Zachariah, M.D., Chair

Wendy S. Loquasto of Fox & Loquasto, Tallahassee, and Richard G. Ozelie, Boca Raton, for Appellant.

Douglas D. Sunshine, Assistant General Counsel, and Therese A. Savona, Assistant General Counsel, Department of Health, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

WOLF, ROWE, and OSTERHAUS, JJ., CONCUR.